UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | : | |
|---|---|---|
| BRIAN LARSON, et al., | : | CASE NO. 1:22-cv-00677 |
| | : | |
| Plaintiffs, | : | ORDER |
| | : | [Resolving Doc. 10] |
| v. | : | |
| | : | |
| SELECTIVE VAN LINES AKA MOVING SERVICES CORP, | : : | |
| | : | |
| Defendant. | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Default was entered against Defendant Selective Van Lines aka Moving Services Corp in the above case on June 29, 2022. Plaintiffs requested judgment against defaulted Defendant in accordance with Fed. R. Civ. P. 55. Plaintiffs filed a proper declaration as to the amount due from the Defendant to the Plaintiffs.

However, the earlier judgment did not include the proper name of the Defendant.

Plaintiffs' motion for default judgment is **GRANTED** and judgment is **ENTERED** in the favor of the Plaintiffs and against Defendant Selective Van Lines aka Moving Services Corp in the amount of $35,094.29 in damages and $492.00 in costs.

It is also **ORDERED** that for good cause shown, the 30-day automatic stay is waived pursuant to Fed. R. Civ. P. 62(a).

It is also **ORDERED** that this default judgment constitutes entry of judgment pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

Dated: October 18, 2022                    *s/     James S. Gwin*

Case No. 1:22-cv-00677
GWIN, J.

JAMES S. GWIN
UNITED STATES DISTRICT JUDGE